**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 52273.**

March 22, 1972.

On the showing made applicant is not entitled to the relief sought.

BARHAM, J., is of the opinion an evidentiary hearing should be held.

259 So.2d 73

**STATE of Louisiana**

v.

**Bernard GREENE, Sr.**

**No. 52274.**

March 22, 1972.

The showing made is insufficient to warrant the exercise of our supervisory jurisdiction.

259 So.2d 74

**Calvin MANUEL, Sr.**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 52278.**

March 22, 1972.

Not verified by affidavit as required by law. La. C.Cr.P. Art. 353.

259 So.2d 74

**STATE of Louisiana ex rel. Robert BARTHOLOMEW**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 52279.**

March 22, 1972.

the showing made does not warrant the exercise of our jurisdiction.

BARHAM, J., is of the opinion the writ should be granted.